UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                      )
                                       )
SCOTT R. ARMSTRONG           )          CASE NO.  08-13567
                                       )          Chapter 13
                    DEBTOR(S)      )

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. Section 347(a) and Fed. Rules

of Bankruptcy Procedure Rule 3011, Donald M. Aikman, the Standing Chapter 13 Trustee in this

case, has deposited with the Clerk of this Court unclaimed funds to which the debtor is entitled

and described as follows:

1.  That Trustee has been unable to locate the debtor, Scott Armstrong, for whom he

    holds the sum of $1240.44 representing distributions to which said debtor is entitled.

2.  That the debtor's last known address is:  Scott Armstrong, 1056 Co. Road 10,

    Corunna, IN, 46730.

3.  That Trustee's bookkeeper contacted debtor's last know employer, Forest River, and

    was informed that the debtor no longer worked there.

2.  That Trustee has deposited with the Clerk of this Court the said sum of $1240.44 for

    the aforesaid debtor to be disposed of under Chapter 129 of Title 28.

DATED:  September 10, 2009            /s/Donald M. Aikman
                                     Donald M. Aikman, Chapter 13 Trustee
                                     203 West Wayne Street, Suite 400
                                     Fort Wayne, IN  46802
                                     Telephone:  260/422-7062

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 10th day of September, 2009 he mailed a
true and complete copy of the above and foregoing by United States mail, postage prepaid, to the
following:

Scott Armstrong, 1056 Co. Road 10, Corunna, IN, 46730

and electronically mailed by the court's ECF system to :

United States Trustee:  ustpregion10.so.ecf@usdoj.gov
Earl Raskosky:  eraskosky@raskosky.net

/s/Donald M. Aikman
Donald M. Aikman